**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANKIT SUD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CINMAR, LLC and FRONTGATE MARKETING, INC.,<br><br>*Defendants.* | Case No.: 2:25-CV-01687-JNW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MINOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d) REQUIREMENT FOR PRO HAC VICE ADMISSION OF MARTIN BRENNER**<br><br>NOTE ON MOTION CALENDAR:<br>September 18, 2025 |

1  The Court, having considered Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Martin Brenner, ORDERS as follows:

The Court GRANTS Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Martin Brenner. Plaintiff's lead counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted in this District. The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(1) (requiring local counsel with an office in this District) and that Mr. Jacobson may serve as local counsel, for purposes of the Pro Hac Vice admission of Mr. Brenner. Mr. Brenner must submit a separate Application for Leave to Appear Pro Hac Vice as detailed in LCR 83.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 1, 2025

_____
HON. JAMAL N. WHITEHEAD

1