THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANKIT SUD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CINMAR, LLC and FRONTGATE MARKETING, INC.,<br><br>Defendants. | Case No.: 2:25-CV-01687-JNW<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT (DKT. 19)**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 14, 2025** |

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

# STIPULATED MOTION

Plaintiff Ankit Sud ("Plaintiff") and Defendants Cinmar, LLC and Frontgate Marketing, Inc. (collectively, "Defendants" and together with Plaintiff the "Parties"), by and through their counsel, hereby submit this stipulated motion to extend the deadlines for the Parties' briefing related to Defendants' Motion to Dismiss. In support of this motion, the Parties state as follows:

1. On July 31, 2025, Plaintiff filed a class-action Complaint against Defendants in the Superior Court of the State of Washington, King County.

2. On September 2, 2025, Defendants timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously agreed to an extension of Defendants' deadline to respond to the Complaint, which made Defendants' deadline to respond September 26, 2025.

4. Defendants filed a Motion to Transfer and a Motion to Dismiss on September 26, 2025 (Dkt. 17, 19).

5. On September 30, 2025, the Parties previously filed a Stipulated Notice, which set a briefing schedule for Defendants' Motion to Dismiss and Motion to Transfer (Dkt. 22). Per the Stipulated Notice, the opposition briefs are due October 30, 2025, and the reply briefs are due November 21, 2025.

6. Counsel for the Parties have met and conferred and agree that an additional extension of the deadlines on Defendants' Motion to Dismiss is needed to adequately brief the issues raised in the Motion to Dismiss and to accommodate upcoming scheduling conflicts (including holidays), and respectfully submit that good cause exists to extend the response deadlines. For the avoidance of doubt, the briefing deadlines for Defendants' Motion to Transfer will remain the same as those requested in the Stipulated Notice.

7. Accordingly, the Parties stipulate to and request that the briefing deadlines for Defendants' Motion to Dismiss be extended as follows:

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

| Case Event | Deadline (per Stipulated Notice) | Amended Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendants' Motion to Dismiss | October 30, 2025 | November 13, 2025 |
| Defendants' Reply in Support of Their Motion to Dismiss | November 21, 2025 | December 12, 2025 |

8. The briefing deadlines for Defendants' Motion to Transfer will remain the same as those requested in the Stipulated Notice. Accordingly, Plaintiff will file an opposition to the Motion to Transfer by October 30, 2025. Defendant will file a reply in support of the Motion to Transfer by November 21, 2025.

Dated: October 14, 2025                                    Respectfully submitted,


By: /s/ *Jonas B. Jacobson*

Jonas B. Jacobson (WSBA No. 62890)
jonas@dovel.com
Martin Brenner, *Admitted pro hac vice*
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Cody Hoesly (WSBA No. 41190)
BARG SINGER HOESLY PC
121 SW Morrison St., Ste. 600
Portland, OR 97204
Telephone: (503) 241-3311
choesly@bargsinger.com

*Counsel for Plaintiff*

By: */s/ Hillary A. Hamilton*

Blake Marks-Dias, WSBA No. 28169
Colin M. George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
cgeorge@corrcronin.com

Jason D. Russell, *Admitted pro hac vice*
Hillary A. Hamilton *Admitted pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
jason.russell@skadden.com
hillary.hamilton@skadden.com

Michael W. McTigue Jr.,
*Admitted pro hac vice*
Meredith C. Slawe, *Admitted pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendants Cinmar, LLC and Frontgate Marketing, Inc.*

IT IS SO ORDERED.

DATED THIS 16th day of October 2025.

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066