THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANKIT SUD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CINMAR, LLC and FRONTGATE MARKETING, INC.,<br><br>Defendants. | Case No.: 2:25-CV-01687-JNW<br><br>**STIPULATED MOTION TO MOOT MOTION TO DISMISS AND EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 11, 2025** |

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

# STIPULATED MOTION

Plaintiff Ankit Sud ("Plaintiff") and Defendants Cinmar, LLC and Frontgate Marketing, Inc. (collectively, "Defendants" and together with Plaintiff the "Parties"), by and through their counsel, hereby submit this stipulated motion to moot Defendants' Motion to Dismiss (Dkt. 19) without prejudice and extend Plaintiff's time to file a First Amended Complaint. In support of this motion, the Parties state as follows:

1. On July 31, 2025, Plaintiff filed a class-action Complaint against Defendants in the Superior Court of the State of Washington, King County.

2. On September 2, 2025, Defendants timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously agreed to an extension of Defendants' deadline to respond to the Complaint, which made Defendants' deadline to respond September 26, 2025.

4. Defendants filed a Motion to Transfer and a Motion to Dismiss on September 26, 2025 (Dkt. 17, 19).

5. Counsel for the Parties previously agreed to briefing schedules for Defendants' Motion to Dismiss and Motion to Transfer. Under those schedules, Defendants' Motion to Transfer will be fully briefed by November 21, 2025. Plaintiff will respond to Defendants' Motion to Dismiss by November 13, 2025, and the Motion to Dismiss will be fully briefed by December 12, 2025 (*see* Dkt. 27).

6. Plaintiff intends to amend his Complaint in response to Defendants' Motion to Dismiss.

7. Counsel for the Parties have met and conferred and agree that, to conserve Party and judicial resources, Defendants' Motion to Transfer should be decided before a First Amended Complaint is filed. Accordingly, the Parties have agreed that, in light of Plaintiff's intent to amend his Complaint, Defendants' Motion to Dismiss is withdrawn and moot without prejudice to Defendants' right to re-file the motion (or any other response) in response to the First Amended Complaint. Counsel for the Parties further agree that Plaintiff will file a First Amended Complaint within 14 days of the Court's order on Defendants' Motion to Transfer.

8. Accordingly, the Parties stipulate to and request the Court order as follows:

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

    a. Defendants' previously filed Motion to Dismiss (Dkt. 19) is withdrawn and moot without prejudice. Defendants' arguments are preserved and Defendants have not waived any arguments;

    b. Plaintiff will file his First Amended Complaint within 14 days of the Court's order on Defendants' Motion to Transfer (Dkt. 17).

Dated: November 11, 2025                             Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas B. Jacobson (WSBA No. 62890)
jonas@dovel.com
Martin Brenner, *Admitted pro hac vice*
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

Cody Hoesly (WSBA No. 41190)
BARG SINGER HOESLY PC
121 SW Morrison St., Ste. 600
Portland, OR 97204
Telephone: (503) 241-3311
choesly@bargsinger.com

*Counsel for Plaintiff*

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

By: */s/ Hillary A. Hamilton*

Blake Marks-Dias, WSBA No. 28169
Colin M. George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
cgeorge@corrcronin.com

Jason D. Russell, *Admitted pro hac vice*
Hillary A. Hamilton *Admitted pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
jason.russell@skadden.com
hillary.hamilton@skadden.com

Michael W. McTigue Jr.,
*Admitted pro hac vice*
Meredith C. Slawe, *Admitted pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendants Cinmar, LLC and Frontgate Marketing, Inc.*

IT IS SO ORDERED

DATED THIS 12th day of November 2025.

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
Case No. 2:25-cv-01687-JNW

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066