UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANKIT SUD,<br><br>Plaintiff,<br><br>v.<br><br>CINMAR LLC ET AL.,<br><br>Defendants. | CASE NO. 2:25-cv-01687-JNW<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter on its own accord to determine whether to stay this action pending the completion of Defendants Cinmar LLC and Frontgate Marketing Inc.'s bankruptcy proceeding.

On April 17, 2026, Defendants filed a notice of bankruptcy and automatic stay. Dkt. No. 37. The notice informs the Court that Defendants had filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code. 11 U.S.C. §§ 101–1532. Defendants' chapter 11 cases are pending before the Honorable Judge Alfredo R Perez and are being jointly administered under the lead case *In re QVC Group, Inc., et al.*, Case No. 26-90447 (ARP) ("Chapter 11 Cases").

**ORDER** TO SHOW CAUSE - 1

Defendants assert that under 11 U.S.C. § 362(a)(1)–(3), the filing of the petitions operates as an automatic stay of this action.

The parties are ORDERED to show cause why the Court should or *should not* stay this action pending resolution of the Chapter 11 Cases. Responses to this Order to Show Cause may not exceed FIVE (5) pages and must be filed within FOURTEEN (14) days of this Order.

Dated this 24th day of April, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** TO SHOW CAUSE - 2