UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANKIT SUD, | CASE NO. 2:25-cv-01687-JNW |
|---|---|
| Plaintiff, | ORDER STAYING CASE |
| v. | |
| CINMAR LLC ET AL., | |
| Defendants. | |

On April 17, 2026, Defendants Cinmar LLC and Frontgate Marketing Inc. ("Defendants") filed a Notice of Bankruptcy, advising the Court that they have filed bankruptcy petitions under 11 U.S.C. §§ 101, *et seq*. Dkt. No. 37. The parties agree that the action should be stayed pending resolution of Defendants' bankruptcy proceeding. Dkt. No. 41. Under 11 U.S.C. §362(a), Defendants filing, Dkt. No. 37, automatically stays this action against Defendants.

Accordingly, this case is STAYED. The Court ORDERS the parties to file a joint status report every 180 days from the date of this order apprising the Court of the status of the bankruptcy proceedings. Any pending motions on docket shall be STRICKEN.

ORDER STAYING CASE - 1

Dated this 1st day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER STAYING CASE - 2